# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONRADO HERNANDEZ-LOPEZ,<br><br>Defendant. | Case No. 18-CR-524-LAB<br><br>**ORDER OF DISMISSAL** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: June 1, 2018

_____
HON. LARRY A. BURNS
United States District Judge